**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: **Silvis v. Bath Concepts Industries, LLC**	Case Number: **1:25-cv-13006**

An appearance is hereby filed by the undersigned as attorney for:
**Plaintiff Stephanie Silvis**

Attorney name (type or print): **Anthony Paronich**

Firm: **Paronich Law, P.C.**

Street address: **350 Lincoln Street, Suite 2400**

City/State/Zip: **Hingham, MA 02043**

Bar ID Number: **MA678437**	Telephone Number: **(508) 221-1510**
(See item 3 in instructions)

Email Address: **anthony@paronichlaw.com**

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.	☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on **November 30, 2025.**

Attorney signature:	S/ */s/ Anthony I. Paronich*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023