**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Stephanie Silvis
                                   Plaintiff,

v.                                                         Case No.: 1:25−cv−13006
                                                                    Honorable Edmond E. Chang

Bath Concepts Industries, LLC
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 11, 2025:

       MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 14, Rule 26(a)(1) disclosures due 12/16/2025. Fact discovery must be completed by 11/16/2026. Civil Rule 16(b)(3)(A) deadline set for 05/18/2026, after which good cause must be shown to add parties or amend pleadings. Alioto v. Town of Lisbon, 651 F.3d 715, 719−20 (7th Cir. 2011). Before that deadline, Rule 15(a)(2) applies. **No summary judgment motion may be filed before the close of fact discovery without prior authorization of the Court.** Discovery shall commence on the merits of the individual Plaintiff's claims and the propriety of class certification. But rather than the approach proposed by the parties, R. 14 at 4, retained−expert discovery on class certification will **not** be tucked into the briefing schedule for the certification motion. That elongates the briefing schedule unnecessarily and throws off the usual course of marshaling all evidence ahead of briefing (which in turn prevents the parties from focusing their expert−based arguments in advance of starting the briefing). Instead, retained−expert discovery on the merits of the named Plaintiff's individual claims and on the propriety of class certification will follow fact discovery and will be completed before starting the certification briefing. Nor will there be separate Rule 702 motions related to certification; like any other disputed evidence, the Rule 702 issues will be part of the certification briefing itself, rather than multiplying the briefs for no advantage. Discovery supervision is referred to the magistrate judge (including the authority to adjust all deadlines). As noted in the status report, the Plaintiff shall make a settlement demand on the Defendant after receiving enough discovery to make a reasonable proposal. The tracking status hearing of 12/12/2025 for Judge Chang is reset to 03/20/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.