UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Stephanie Silvis

                Plaintiff,

v.                                          Case No.: 1:25−cv−13006
                                                  Honorable Edmond E. Chang

Bath Concepts Industries, LLC

                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: discovery supervision (including the authority to adjust all deadlines). (mw, ) Emailed notice.


Dated: December 11, 2025

                                                                                     /s/ Edmond E. Chang

                                                                         United States District Judge