**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Stephanie Silvis
                              Plaintiff,

v.                                             Case No.: 1:25–cv–13006
                                                      Honorable Edmond E. Chang

Bath Concepts Industries, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 16, 2025:

      MINUTE entry before the Honorable M. David Weisman: This case has been referred to Magistrate Judge Weisman for the purpose of holding proceedings related to discovery supervision (including the authority to adjust all deadlines). The district court has set the following schedule: Rule 26(a)(1) disclosures due 12/16/2025; fact discovery must be completed by 11/16/2026; Rule 16(b)(3)(A) deadline set for 05/18/2026, after which good cause must be shown to add parties or amend pleadings. Written discovery to issue by 1/9/26. Initial round of discovery requests shall be propounded pursuant to the Federal Rules of Civil Procedure, and any additional requests must be made either by agreement between the parties or with Court approval, which will be granted liberally earlier in the discovery processbut only with explanation later in the discovery process.5. Any motions for protective/confidentiality orders are due by 1/30/26. The motion shall indicate whether it is agreed. The proposed confidentiality order should be based onthe Form LR 26.2 Model Confidentiality Order, and the parties must submit a clean copy of their proposed order, along with a corresponding redlined copy against the Court's model order, to the Court's proposed order email address: Proposed_Order_Weisman@ilnd.uscourts.gov. If it is acceptable to the Court, the order will be entered. Status hearing set for 2/12/26 at 9:15 a.m. Joint status report due by noon on 2/10/26 setting forth the status of written discovery; a list of anticipated depositions; any anticipated third–party discovery; whether the parties request a settlement conference; and any other issues the parties wish to raise. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.