UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
AT CHICAGO

| | |
|---|---|
| STEPHANIE SILVIS, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BATH CONCEPTS INDUSTRIES, LLC,<br><br>Defendant. | No.: 1:25-cv-13006-EEC<br><br>Honorable Judge Edmond E. Chang<br><br>Honorable M. David Weisman |

**JOINT STATUS REPORT**

Plaintiff Stephanie Silvis and Defendant Bath Concepts Industries, LLC ("BCI") submit this Joint Status Report pursuant to the Court's December 16, 2026, Order (Dkt. 17) as follows:

1. The Parties have exchanged written discovery requests. On December 23, 2025, Plaintiff served Defendant with Requests for Production of Documents and Interrogatories. Defendant served written responses on January 23, 2026, and produced documents on January 29, 2026. On January 9, 2026, BCI served Plaintiff with Requests to Admit, Requests for Production of Documents, and Interrogatories. Plaintiff served verified responses on February 9, 2026.

2. On February 4, 2026, counsel for Plaintiff requested to confer with counsel for BCI regarding its discovery responses. The Parties plan to confer on February 12, 2026.

3. Plaintiff anticipates taking the depositions of Glenn Kowalski and Randy Madrigal. Dates have not yet been finalized. Defendant has not identified any anticipated depositions at this time.

4. On February 4, 2026, counsel for Plaintiff initiated third-party discovery directed to Exact Customer and is in the process of serving a deposition subpoena on Exact Customer.

1

Additional third-party discovery may be pursued depending on the information obtained through discovery.

    5.    The Parties do not jointly request a settlement conference at this time.

Dated: February 10, 2026

Respectfully submitted,

/s/ Carly M. Roman
Carly Roman
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
(T) 872-263-1100
(F) 872-263-1109
croman@straussborrelli.com
sam@straussborrelli.com

/s/ Anthony I. Paronich
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
(T) 617-485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff
and the Proposed Class*

/s/ Ashni B. Gandhi
Ashni B. Gandhi
Joseph L. Olson
**MICHAEL BEST & FRIEDRICH LLP**
444 W. Lake Street, Suite 3200
Chicago, IL 60606
(T) 312.222-0800
(F) 312-222-0818
ashni.gandhi@michaelbest.com
jlolson@michaelbest.com

*Counsel for Defendant
Bath Concepts Industries, LLC*

**CERTIFICATE OF SERVICE**

I, Carly M. Roman, hereby certify that on February 10, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 10th day of February, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly Roman
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
(T) 872-263-1100
(F) 872-263-1109
croman@straussborrelli.com

3