— **EXHIBIT 2** —

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHANIE SILVIS, *on behalf of herself and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>BATH CONCEPTS INDUSTRIES, LLC,<br><br>Defendant. | No.: 1:25-cv-13006-EEC<br><br>Honorable Judge Edmond E. Chang |

### DECLARATION OF STEPHANIE SILVIS

I, Stephanie Silvis, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am submitting this Declaration in support of Plaintiff's Motion to Compel Discovery Responses and in response to Defendant's contention that I provided my telephone number to Defendant and consented to be contacted.

3. My attorneys informed me that Defendant claims my purported consent was obtained through the website remodelyourhome.com on September 15, 2025, at 10:42 AM, using a Windows 8.1 operating system and Firefox web browser, while purportedly located in Pittsburgh, Pennsylvania, and associated with IP address 74.109.216.222.

4. I did not visit or submit information to Defendant through the website remodelyourhome.com or otherwise, on September 15, 2025, at 10:42 AM, or at any other time.

5. I was not even located in Pittsburgh, Pennsylvania on September 15, 2025, and I have not visited Pittsburgh for approximately five years.

6. I reside in the state of Washington and I have lived in Washington for approximately 3 years.

7. I do not use a Windows operating system and, to the best of my knowledge, have not used Windows for over 10 years.

8. I do not use Firefox and, to the best of my knowledge, have not used Firefox for over 15 years.

9. To the best of my knowledge, the referenced IP address is not my home IP address, which is located in the state of Washington. At the time of the alleged opt-in, my IP address would have been located in the state of Washington, not Pennsylvania.

10. I have not taken any steps to mask, alter, or change my IP address, including through the use of a virtual private network (VPN), proxy service, or any similar technology.

11. I have never contacted Defendant, requested information about home remodeling services, or sought bath or home improvement services from Defendant.

12. I have not recently remodeled my home, am not currently undertaking any remodeling project, and do not plan to remodel in the foreseeable future.

13. I did not authorize any third party to provide my telephone number to Defendant or to any home remodeling lead generation website on my behalf.

14. At no time prior to receiving the calls at issue in this lawsuit did I provide prior express consent to Defendant or its alleged marketing partners to contact me.

15. Despite never requesting such services, I have received dozens of calls from Defendant offering "bath time sets," which appear related to bathroom remodeling services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18 day of February, 2026.

*Stephanie Silvis*
Stephanie Silvis

Doc ID: 805e1d7a995d97216734ca1a5452b75908c7ca75