[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

STEPHANIE SILVIS

Plaintiff

v.

BATH CONCEPTS INDUSTRIES, LLC

Defendant

Case Number: 1:25-cv-13006

Judge: David Weisman

## NOTICE OF MOTION

**TO:** Clerk of this Court

Counsel for Defendant

**PLEASE TAKE NOTICE** that on Monday, March 9, 2026 at 9:15 A.M., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge David Weisman or any judge sitting in his or her stead in **Courtroom** 1300 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion to Compel Discovery

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I provided service to the person or persons listed above by the following means: Electronic Service/ECF

Signature: /s/ Anthony Paronich

Date: February 19, 2026

Name (Print): Anthony Paronich

Address: Strauss Borrelli PLLC

350 Lincoln Street, Suite 2400

Hingham, MA 02043

Phone: (508) 221-1510

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]