# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SILVIS, *on behalf of herself and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>BATH CONCEPTS INDUSTRIES, LLC,<br><br>Defendant. | No.: 1:25-cv-13006-EEC<br><br>Honorable Judge Edmond E. Chang<br><br>Honorable M. David Weisman |

### Declaration of Ashni B. Gandhi

I, Ashni B. Gandhi, hereby declare as follows:

1. I am an adult resident of the State of Illinois and am competent to testify regarding the statements made in this Declaration.

2. I am an attorney with Michael Best & Friedrich, LLP, and am one of the attorneys of record for Defendant Bath Concepts Industries, LLC ("BCI").

3. I submit this declaration in opposition to Plaintiff's Motion to Compel. All of the facts in this declaration are made upon my personal knowledge.

4. On December 23, 2025, Plaintiff served BCI her First Set of Discovery Requests, comprised of interrogatories and request for production of documents. Those requests sought documents and information spanning four years prior to the filing of the complaint through the present.

5. On January 23, 2026, BCI provided its responses to Plaintiff's discovery.

6. On January 29, 2026, BCI made its first production of documents, which included a Certificate of Authenticity for Web Leads (BCI_000002) and a consent video (BCI_000079).

Both documents were generated by BCI's vendor that provided Plaintiff's contact information to BCI.

7. On February 13, 2026, counsel for Plaintiff and BCI conducted a meet and confer limited to a discussion on Interrogatories Nos. 4 and 12, and RFPs 5, 7, 11, 15, 16, and 18.

8. During the meet and confer, counsel for BCI stated that RFP 5, 15, and 16's class-wide requests are premature because BCI produced evidence that Plaintiff consented to the calls and Plaintiff cannot serve as a proper class representative. Counsel for BCI further stated that under these circumstances, seeking years of nationwide discovery would be unnecessary and disproportionate to the needs of Plaintiff's case.

9. Pursuant to 28 U.S.C. § 1746, I declare that the following is true and correct under penalty of perjury under the laws of the United States of America.

Dated: March 6, 2026                                /s/ [signature]

                                                    Ashni B. Gandhi

2