# EXHIBIT B

# .mp4 File

Pursuant to Local Rule 79.1.1, Exhibit B has been submitted to the Court using the Court's Digital Media Exhibit Submission Portal