EXHIBIT C



BCI_000002