# EXHIBIT D

| | |
|---|---|
| **From:** | Anthony Paronich |
| **To:** | Carly Roman; sam@straussborrelli.com; Ashni Gandhi |
| **Cc:** | Joseph Olson; tcpa@straussborrelli.com |
| **Subject:** | RE: BCI Responses to Silvis"s Written Discovery, Case No. 1:25-cv-13006 |
| **Date:** | Friday, February 13, 2026 11:14:43 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | BCI Answers to Silvis Interrogatories(for service) - 52616576.1.pdf |
| | BCI"s Responses to Plaintiff"s RFPs (for service) - 52616482.1.pdf |

Hey, Ashni. Thanks for conferring with me. My notes are below:

- For Interrogatory No. 4, if BCI is aware of any sub-vendors of Exact Customer, that information should be provided.
  - **Your client confirmed that they are not aware of any.**
- For Interrogatory No. 12, we believe that any prior actions taken against Exact Customer that relate to providing data or outbound calling should be identified.
  - **There are no knowledge of any prior actions against Exact Customer. You'll ask about an amendment.**
- With respect to RPD No. 5, BCI has not produced documents sufficient to show complaints, do-not-call requests, or similar objections to outbound telemarketing calls beyond Plaintiff. You have invited a meet and confer, so we'll do that.
  - **Your position is that the Plaintiff consented, so no documents beyond the Plaintiff will be produced absent a Court Order.**
- For RPD No. 7 and 11, we wanted to confer to make sure we understood the response that there are no communications by your client with our about Exact Customer.
  - **There are no communications with or about communications Exact Customer. You'll ask about an amendment.**
- RPD No. 15 invites a meet and confer on policies, so we'll do that.
  - **Your position is that the Plaintiff consented, so no documents beyond the Plaintiff will be produced absent a Court Order. You'll consider if there are any policies related to acquiring consent and if so, if your client will be willing to produce.**
- RPD No. 16 is necessary for a class certification motion, so we intend to move to compel on that if we can't reach an agreement.
  - **Your position is that the Plaintiff consented, so no documents beyond the Plaintiff will be produced absent a Court Order.**
- For RPD No. 18, please produce a privilege log for any work-production objection.
  - **You did not withhold any documents based on work product. You'll ask about an amendment.**
- Finally, we'd like to set a deposition of Glenn Kowalski and Randy Madrigal.
  - **I'm going to circle back on these a bit later.**

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, February 4, 2026 2:26 PM
**To:** 'Ashni Gandhi' <Ashni.Gandhi@michaelbest.com>; 'Carly Roman' <croman@straussborrelli.com>; 'sam@straussborrelli.com' <sam@straussborrelli.com>
**Cc:** 'Joseph Olson' <JLOLSON@michaelbest.com>
**Subject:** RE: BCI Responses to Silvis's Written Discovery, Case No. 1:25-cv-13006

Thanks, Ashni. I wanted to set up a time to meet and confer on the below:

- For Interrogatory No. 4, if BCI is aware of any sub-vendors of Exact Customer, that information should be provided.
- For Interrogatory No. 12, we believe that any prior actions taken against Exact Customer that relate to providing data or outbound calling should be identified.
- With respect to RPD No. 5, BCI has not produced documents sufficient to show complaints, do-not-call requests, or similar objections to outbound telemarketing calls beyond Plaintiff. You have invited a meet and confer, so we'll do that.
- For RPD No. 7 and 11, we wanted to confer to make sure we understood the response that there are no communications by your client with our about Exact Customer.
- RPD No. 15 invites a meet and confer on policies, so we'll do that.
- RPD No. 16 is necessary for a class certification motion, so we intend to move to compel on that if we can't reach an agreement.
- For RPD No. 18, please produce a privilege log for any work-production objection.
- Finally, we'd like to set a deposition of Glenn Kowalski and Randy Madrigal.

Also attached, please find a deposition subpoena we are serving on Exact Customer. We intend the date as a placeholder.

Regards,

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Ashni Gandhi <Ashni.Gandhi@michaelbest.com>
**Sent:** Thursday, January 29, 2026 12:25 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Carly Roman <croman@straussborrelli.com>; sam@straussborrelli.com
**Cc:** Joseph Olson <JLOLSON@michaelbest.com>
**Subject:** RE: BCI Responses to Silvis's Written Discovery, Case No. 1:25-cv-13006

Anthony and Carly,

The link to BCI's production is attached: BCI_000001-BCI_000080

I will email the password separately.

Thanks,



**Ashni B. Gandhi**
Associate Attorney
Pronouns: She/Her/Hers/Herself
**T** 312.596.5812
ashni.gandhi@michaelbest.com  |  bio



Michael Best & Friedrich LLP · A LexMundi Member


www.michaelbest.com

**From:** Ashni Gandhi
**Sent:** Friday, January 23, 2026 12:42 PM

**To:** Anthony Paronich <anthony@paronichlaw.com>; Carly Roman <croman@straussborrelli.com>; sam@straussborrelli.com
**Cc:** Joseph Olson <JLOLSON@michaelbest.com>
**Subject:** BCI Responses to Silvis's Written Discovery, Case No. 1:25-cv-13006

Hi Anthony and Carly,

See BCI's responses to Silvis's RFPs and Interrogatories in the above-referenced matter. We will produce all responsive documents by January 29, 2026.

Thanks,
Ashni

## Ashni B. Gandhi
**Associate Attorney**
Pronouns: She/Her/Hers/Herself

 **T** 312.596.5812
ashni.gandhi@michaelbest.com | bio


Michael Best & Friedrich LLP · A LexMundi Member

www.michaelbest.com

Email Disclaimer
****************************************************************
The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.