— **EXHIBIT 1** —

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

STEPHANIE SILVIS, *on behalf of herself and others similarly situated,*

                Plaintiff,

          v.

BATH CONCEPTS INDUSTRIES, LLC,

                Defendant.

No.: 1:25-cv-13006-EEC

Honorable Judge Edmond E. Chang

## SUPPLEMENTAL DECLARATION OF STEPHANIE SILVIS

I, Stephanie Silvis, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am submitting this Declaration in support of Plaintiff's Motion to Compel Discovery Responses. I previously submitted a declaration explaining that I did not provide consent for Defendant to contact me and disputing the authenticity of the consent evidence upon which Defendant relies. Specifically, I explained that I did not visit Defendant's website, was not in Pittsburgh at the time, did not use Windows or Firefox, and did not authorize anyone else to submit my information. I further declared that I have no relationship with Defendant and have never requested remodeling services, but received numerous unsolicited calls from Defendant related to bathroom remodeling products.

3. However, Defendant now contends that my declaration contains only "uncorroborated assertions," warranting this supplemental declaration.

4. Aside from the common-sense reality that it would make no sense for me, as a

1

Doc ID: d3e2790ee8e8c68ef31f6faa557df9345a824475

resident of Washington, to seek home remodeling services on September 15, 2025, for an address in Pittsburgh, Pennsylvania, while allegedly located in Pittsburgh, Pennsylvania, I also possess evidence corroborating my statements.

5. At the time of the alleged submission (September 15, 2025), I was living and working in the State of Washington. I have lived and worked in Washington for approximately three years. Proof that I am a resident of the State of Washington includes: (1) a paystub from June 2023 through July 2023, which includes my address in Tacoma, Washington, and (2) a bill for electricity and water, from April 2025 through May 2025, which also includes my address in Tacoma, Washington. *See* Exhibit A and Exhibit B.

6. As a resident of Washington, I routinely access the internet from Washington using a home internet connection or cellular network located in Washington. Any internet activity attributed to me on September 15, 2025, would have originated from the State of Washington, not Pennsylvania.

7. In fact, my transaction history reflects that I was physically present in Washington on September 15, 2025. Specifically, I was at the El Centro Skate Rink in Federal Way, Washington, making it impossible for me to have visited Defendant's website from Pittsburgh, Pennsylvania, on that date. My transaction history also shows purchases in Federal Way and Seattle, Washington, on September 14, 2025, and purchases in Lakewood, Washington on September 16, 2025. *See* Exhibit C.

8. Finally, in September 2025, I was renting an apartment in Tacoma, Washington, and the terms of my lease did not permit me to undertake home remodeling projects or similar structural work. As a result, I would have no reason to request home remodeling services from Defendant or any similar company.

Doc ID: d3e2790ee8e8c68ef31f6faa557df9345a824475

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __19__ day of __March__, 2026.

_Stephanie Silvis_
_____
Stephanie Silvis

3

Doc ID: d3e2790ee8e8c68ef31f6faa557df9345a824475

— **EXHIBIT  A** —

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

STEPHANIE C SILVIS

TACOMA WA  98444



**PERSONAL AND CHECK INFORMATION**
Stephanie C Silvis

Tacoma, WA  98444

**Home Job:**

**Pay Period:** 06/25/23 **to** 07/08/23
**Check Date:** 07/14/23      **Check #:** 2135419

**NET PAY ALLOCATIONS**

**TIME OFF** (Based on Policy Year)

| EARNINGS | DATE | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|

*Payrolls by Paychex, Inc.*

— **EXHIBIT  B** —



— **EXHIBIT  C** —

# CapitalOne | SAVOR

**Savor Credit Card | World Elite Mastercard** ████████
Aug 27, 2025 - Sep 19, 2025   |   24 days in Billing Cycle

## Payment Information

| | |
|---|---|
| Payment Due Date<br>## Oct 14, 2025 | For online and phone payments, the deadline is 12 midnight ET, except on the statement closing date when the deadline is 8 p.m. ET.<br><br>Upcoming statement closing date: October 20, 2025 |

| New Balance | Minimum Payment Due |
|---|---|
| ████████ | ████████ |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $40.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| ████████ | ████████ | ████████ |

If you would like information about credit counseling services, call 888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | ████ |
| Payments | |
| Other Credits | |
| Transactions | |
| Cash Advances | |
| Fees Charged | |
| Interest Charged | |
| **New Balance** | |
| Credit Limit | |
| Available Credit (as of Sep 19, 2025) | |
| Cash Advance Credit Limit | |
| Available Credit for Cash Advances | |

**\*\*\*Important Notice\*\*\***

We are unable to provide your Rewards Summary on this month's statement. To review your current Rewards balance or for additional Rewards information, please log in to your account at capitalone.com, the Capital One Mobile Banking app, or call the customer service number on this statement.

## Account Notifications

ⓘ   Please visit capitalone.com for your most current Rewards Program Terms and Conditions. You can also find changes to your Rewards by logging into your account and navigating to the Rewards FAQ section.

Pay or manage your account at capitalone.com          Customer Service: 800-227-4825          See reverse for Important Information



STEPHANIE SILVIS
████████
TACOMA, WA 98444-6550

**creditwise**                                                    430922

Learn more about your credit score—grab your phone and say:

"Hey Siri/Google, check my credit score on CreditWise"

to login or sign up for CreditWise.

Alternatively, scan this QR code to login or sign up for CreditWise.

Payment Due Date: **Oct 14, 2025**          ████████

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| ████████ | ████████ | $ _____ |

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

Capital One
P.O. Box 60519
City of Industry   CA 91716-0519

**How can I Avoid Paying Interest Charges?** If you pay your New Balance in full by the due date **each month**, we will not charge interest on new transactions that post to the purchase balance. If you have been paying in full **without** Interest Charges, but fail to pay your next New Balance in full, we will charge interest on the unpaid balance. Interest Charges on Cash Advances and Special Transfers start on the transaction date. Promotional offers may allow you to pay less than the total New Balance and avoid paying interest on new transactions that post to your purchase balance. See the front of your statement for additional information.

**How is the Interest Charge Determined?** Interest Charges accrue from the date of the transaction, date the transaction is processed or the first day of the Billing Cycle. Interest accrues daily on every unpaid amount until it is paid in full. Interest accrued during a Billing Cycle posts to your account at the end of the Billing cycle and appears on your next statement. You may owe Interest Charges even if you pay the entire New Balance one month, but did not do so the prior month. Once you start accruing Interest Charges, you generally must pay your New Balance in full two consecutive Billing Cycles before Interest Charges stop being posted to your Statement. Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service fewer than 40 days after the annual membership Fee was assessed to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)
**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at:
P.O. Box 30285, Salt Lake City, UT 84130-0285.

In your letter, give us the following information:
• Account information: Your name and account number.
• Dollar amount: The dollar amount of the suspected error.
• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:
1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2023 Capital One. Capital One is a federally registered service mark

ETC-08 07/13/2023

---

 Pay online at capitalone.com

 Pay using the Capital One mobile app

 Customer Service 800-227-4825

### Changing your mailing address?

You can change your address by signing into your account online or by calling Customer Service.

Any written request on this form will not be honored.

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**What is the cutoff time to make a same day payment?**

♦ For online and phone payments, payments submitted by 12 midnight ET will typically post on the same day. However, if you pay your bill on your statement closing date, payments made after 8 p.m. ET will post on the following day. Keep in mind, it may take another business day or longer for credit to be available.

♦ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

# Transactions

Visit **capitalone.com** to see detailed transactions.

**STEPHANIE SILVIS** ▉▉▉▉ **: Payments, Credits and Adjustments**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|

**STEPHANIE SILVIS** ▉▉▉▉ **: Transactions**

| Trans Date | Post Date | Description | | Amount |
|---|---|---|---|---|
| Sep 13 | Sep 15 | ▉▉▉▉▉▉▉▉ | SEATTLEWA | |
| Sep 14 | Sep 15 | ▉▉▉▉▉▉ | SEATTLEWA | |
| Sep 14 | Sep 15 | ▉▉▉▉▉ | FEDERAL WAYWA | |
| Sep 14 | Sep 15 | ▉▉▉▉▉ | SEATTLEWA | |
| Sep 15 | Sep 15 | SQ *EL CENTRO SKATE RIFederal WayWA | | |
| Sep 15 | Sep 16 | ▉▉▉▉ | TACOMAWA | |
| Sep 16 | Sep 18 | ▉▉▉▉▉▉ | LAKEWOODWA | |
| Sep 16 | Sep 18 | ▉▉▉▉▉▉ | LAKEWOODWA | |
| Sep 17 | Sep 18 | ▉▉▉▉▉ | TACOMAWA | |

**Additional Information on the next page**

**Capital One | SAVOR**

## Transactions (Continued)

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| | | | |

### Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| **Total Fees for This Period** | | | |

### Interest Charged

| | | |
|---|---|---|
| Interest Charge on Purchases | | |
| Interest Charge on Cash Advances | | |
| Interest Charge on Other Balances | | |
| **Total Interest for This Period** | | |

### Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | |
| **Total Interest charged** | |

**Additional Information on the next page**

**CapitalOne | SAVOR**

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---|
|  |  |  |  |

**Variable APRs:** If you have a letter code displayed next to any of the above APRs, this means they are variable APRs. They may increase or decrease based on one of the following indices (reported in The Wall Street Journal) as described below.

| Code next to your APR(s) | How do we calculate your APR(s)? | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July and Oct. |
| L | 3 month LIBOR + margin |  |
| D | Prime Rate + margin | The first day of each Billing Cycle |
| F | 1 month LIBOR + margin |  |



**Protect yourself from scams.**
When dealing with uninvited contacts from people, businesses, or social networking sites, always use caution.

Scan this QR Code with your phone's camera to learn more or visit
**www.capitalone.com/stopscams**

530486-EN