**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STEPHANIE SILVIS, *on behalf of herself and others similarly situated,* | No.: 1:25-cv-13006-EEC |
| Plaintiff, | Honorable Judge Edmond E. Chang |
| v. | Honorable M. David Weisman |
| BATH CONCEPTS INDUSTRIES, LLC, | |
| Defendant. | |

**JOINT STATUS REPORT**

Plaintiff Stephanie Silvis and Defendant Bath Concepts Industries, LLC ("BCI") submit this Joint Status Report pursuant to the Court's February 10, 2026, Order (Dkt. 21) as follows:

1. The Parties have fully briefed Plaintiff's Motion to Compel, and will appear before the Court on April 7, 2026 for a ruling on that Motion.

2. Plaintiff anticipates taking the depositions of Glenn Kowalski and Randy Madrigal. Defendant anticipates taking Plaintiff's deposition. Those depositions will be scheduled following the ruling on Plaintiff's Motion to Compel.

3. On February 4, 2026, counsel for Plaintiff initiated third-party discovery directed to Exact Customer and is in the process of serving a deposition subpoena on Exact Customer. Additional third-party discovery may be pursued depending on the information obtained through discovery.

4. The Parties do not jointly request a settlement conference at this time.

Dated: March 30, 2026

Respectfully submitted,

/s/ Anthony I. Paronich
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com
*Attorneys for Plaintiff and proposed class*

/s/ Ashni B. Gandhi
Joseph L. Olson
Ashni B. Gandhi
Michael Best & Friedrich LLP
444 W. Lake Street, Suite 3200
Chicago, IL 60606
P: 312.222-0800
F: 312-222-0818
jlolson@michaelbest.com
Ashni.gandhi@michaelbest.com
*Counsel for Defendant BCI*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 30, 2026, a copy of the foregoing document has been electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system to all counsel of record.

/s/_Ashni B. Gandhi_