**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STEPHANIE SILVIS, *on behalf of herself and others similarly situated,* | No.: 1:25-cv-13006-EEC |
| Plaintiff, | Honorable Judge Edmond E. Chang |
| v. | Honorable M. David Weisman |
| BATH CONCEPTS INDUSTRIES, LLC, | |
| Defendant. | |

**JOINT STATUS REPORT**

Plaintiff Stephanie Silvis and Defendant Bath Concepts Industries, LLC ("BCI") submit this Joint Status Report pursuant to the Court's Order on Plaintiff's Motion to Compel (Dkt. 35) as follows:

1.  The Court's Ruling on Plaintiff's Motion to Compel ordered the Parties to complete targeted discovery concerning the issue of consent as it relates to Plaintiff's adequacy as a class representative ("Phase 1 Discovery").

2.  Defendant's position is that Phase 1 Discovery includes issues of Plaintiff's consent along with the merits of Plaintiff's individual TCPA claim.

3.  Plaintiff's position is that Phase 1 Discovery only pertains to the threshold issue of Plaintiff's consent, since that is the issue raised in Defendant's opposition to Plaintiff's Motion to Compel (Dkt. 103).

4.  The Parties agree to a 60-day Phase 1 Discovery timeline with the following deadlines:

| | |
|---|---|
| Schedule Phase 1 Discovery Depositions | May 22, 2026 |

| Completion of Fact Discovery on Individual Claim and Consent Defense | July 14, 2026 |
|---|---|
| Dispositive Motions on Individual Claim | Proponent to file dispositive motion on or before August 11, 2026 |
| Status Conference / Rule 16 Conference | To be set promptly after a ruling on dispositive motions. |

5.     The Parties seek clarification regarding whether Phase 1 Discovery relates to the threshold issue of consent or the merits of Plaintiff's individual TCPA claim more broadly.

Dated: May 15, 2026

Respectfully submitted,

*/s/ Anthony I. Paronich*
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com
*Attorneys for Plaintiff and proposed class*

*/s/ Ashni B. Gandhi*
Joseph L. Olson
Ashni B. Gandhi
Michael Best & Friedrich LLP
444 W. Lake Street, Suite 3200
Chicago, IL 60606
P: 312.222-0800
F: 312-222-0818
jlolson@michaelbest.com
Ashni.gandhi@michaelbest.com
*Counsel for Defendant BCI*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that on May 15, 2026, a copy of the foregoing document has been electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system to all counsel of record.

/s/_ *Ashni B. Gandhi*_
