## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Stephanie Silvis

                              Plaintiff,

v.                                                      Case No.: 1:25–cv–13006
                                                        Honorable Edmond E. Chang

Bath Concepts Industries, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 8, 2026:

   MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Discussion held on scope of additional discovery in light of the Court's ruling on the motion to compel [35]. Discussion held on issue of consent and Plaintiff's ability to act as a proper class representative. At this juncture, based on the issues raised by the Defendant in response to Plaintiff's motion to compel, and the Court's ruling on this issue, discovery is limited to the issue of whether the proposed class representative consented to the electronic communications at issue; merits discovery on Plaintiff's individual claim will not proceed at this time. Parties' proposed discovery schedule to be filed 5/15/26. Status/motion hearing set for 5/19/26 at 9:15 a.m. for docket management only. If the 5/15/26 proposed schedule is agreed and the Court approves the schedule, the status hearing will be stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.