## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Stephanie Silvis

                                          Plaintiff,

v.                                                          Case No.: 1:25−cv−13006
                                                            Honorable Edmond E. Chang

Bath Concepts Industries, LLC

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 15, 2026:

      MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' joint status report [37] and adopts the proposed schedule: Phase 1 discovery depositions to be scheduled by 5/22/26; Phase I fact discovery (limited to consent) to be completed by 7/14/26; Phase I dispositive motion(s) to be filed by 8/11/26. Parties to file a joint statement with the confirmed deposition schedule by 5/24/26. Status hearing set for 5/19/26 is stricken and reset to 7/1/26 at 9:15 a.m. for docket management. Joint status report due by noon 6/30/26 setting forth whether fact discovery is proceeding on schedule. If no issues exist, the Court will reset the status hearing. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.