**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STEPHANIE SILVIS, *on behalf of herself and others similarly situated,* | No.: 1:25-cv-13006-EEC |
| Plaintiff, | Honorable Judge Edmond E. Chang |
| v. | Honorable M. David Weisman |
| BATH CONCEPTS INDUSTRIES, LLC, | |
| Defendant. | |

**JOINT STATUS REPORT**

Plaintiff Stephanie Silvis and Defendant Bath Concepts Industries, LLC ("BCI") submit this Joint Status Report pursuant to the Court's Minute Entry dated May 15, 2026 (Dkt. 39) as follows:

1.      The Court's Minute Entry ordered the Parties to set all depositions prior to May 22, 2026.

2.      The Parties scheduled Plaintiff's deposition for Monday, June 22, 2026.

3.      Plaintiff intends to take the deposition of Exact Customer's corporate representative, and sent out a third-party subpoena in February 2026. Plaintiff is waiting to hear back from Exact Customer on proposed July deposition dates.

3.      Plaintiff requested to take the deposition of Defendant's corporate representative, and on May 20, 2026, counsel for Plaintiff sent counsel for Defendant a rider with deposition topics.

4.      Defendant is in the process of identifying a corporate representative, and once identified, will work diligently to schedule the deposition.

Dated: May 24, 2026

Respectfully submitted,


/s/ Anthony I. Paronich
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com
*Attorneys for Plaintiff and proposed class*

/s/ Ashni B. Gandhi
Joseph L. Olson
Ashni B. Gandhi
Michael Best & Friedrich LLP
444 W. Lake Street, Suite 3200
Chicago, IL 60606
P: 312.222-0800
F: 312-222-0818
jlolson@michaelbest.com
Ashni.gandhi@michaelbest.com
*Counsel for Defendant BCI*

2

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 24, 2026, a copy of the foregoing document has been electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system to all counsel of record.

/s/ *Ashni B. Gandhi*