**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**AT CHICAGO**

| | |
|---|---|
| STEPHANIE SILVIS, on behalf of herself and others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>BATH CONCEPTS INDUSTRIES, LLC,<br><br>       Defendant. | No.: 1:25-cv-13006<br><br>Honorable Judge Edmond E. Chang<br><br>Honorable M. David Weisman |

## JOINT STATUS REPORT AND REQUEST TO AMEND DISCOVERY PLAN

Plaintiff Stephanie Silvis and Defendant Bath Concepts Industries, LLC submit this Joint Status Report and Request to Amend Discovery Plan pursuant to this Court's May 15, 2026 Order (Dkt. 39) as follows:

1.      On May 13, 2026, the Court entered a scheduling order providing that: (1) Phase I depositions were to be scheduled by May 22, 2026; (2) Phase I fact discovery, limited to the issue of consent, is to be completed by July 14, 2026; and (3) any Phase I dispositive motions are due by August 11, 2026.

2.      The Parties jointly request that the Court extend deadlines by 30 days, such that the deadline to complete Phase I fact discovery is extended from July 14, 2026, to August 13, 2026, and the deadline to file any Phase I dispositive motions is extended from August 11, 2026, to September 10, 2026. As discussed *infra,* the requested extensions are necessary to permit the completion of the remaining Phase I depositions, including the deposition of Exact Customer, Inc. and Defendant's Rule 30(b)(6) deposition, and to provide the Parties sufficient time to prepare any Phase I dispositive motions following the close of fact discovery.

1

3.      The Parties have two Phase I depositions remaining: (1) nonparty Exact Customer, and (2) Defendant's 30(b)(6) witness.

4.      Plaintiff subpoenaed third party, Exact Customer, for a deposition and received a response to the subpoena on June 10, 2026. Due to Exact Customer's availability, the deposition is scheduled for July 23, 2026.

5.      On May 20, 2026, Plaintiff sent Defendant a 30(b)(6) notice with deposition topics. The parties scheduled Defendant's Rule 30(b)(6) deposition for July 8, 2026.

6.      On June 23, 2026, Defendant sent Plaintiff responses and objections to Plaintiff's 30(b)(6) notice, including a request to meet and confer on various topics. Defendant also requested to postpone the Rule 30(b)(6) deposition until after the deposition of Exact Customer. Plaintiff agreed and the Parties are still working to find mutually agreeable dates.

7.      Accordingly, the parties respectfully request that the Court extend the Phase I fact discovery deadline from July 14, 2026, to August 13, 2026, and the Phase I dispositive motion deadline from August 11, 2026, to September 10, 2026.

8.      The requested extensions are not sought to delay this litigation, but to permit the parties to complete the remaining Phase I discovery and prepare any dispositive motions. The parties do not seek any other modification to the Court's scheduling order at this time.

*[Counsel signatures to follow on next page.]*

2

DATED this 30th day of June, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C**.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the Proposed Class*

*/s/ Ashni B. Gandhi*
Joseph L. Olson
Ashni B. Gandhi
**MICHAEL BEST & FRIEDRICH LLP**
444 W. Lake Street, Suite 3200
Chicago, IL 60606
P: 312.222-0800
F: 312-222-0818
jlolson@michaelbest.com
ashni.gandhi@michaelbest.com

*Counsel for Defendant*
*Bath Concepts Industries, LLC*

3

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on June 30, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 30th day of June, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

4