# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Stephanie Silvis

                                    Plaintiff,

v.                                                          Case No.: 1:25−cv−13006
                                                            Honorable Edmond E. Chang

Bath Concepts Industries, LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 23, 2026:

        MINUTE entry before the Honorable Edmond E. Chang: In light of the ongoing referral to the magistrate judge, the tracking status hearing of 07/24/2026 for Judge Chang is reset to 08/21/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.