**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**AT CHICAGO**

| | |
|---|---|
| STEPHANIE SILVIS, on behalf of herself and others similarly situated, | No.: 1:25-cv-13006 |
| Plaintiff, | Honorable Judge Edmond E. Chang |
| v. | Honorable M. David Weisman |
| BATH CONCEPTS INDUSTRIES, LLC, | |
| Defendant. | |

**JOINT STATUS REPORT AND REQUEST TO AMEND DISCOVERY PLAN**

Plaintiff Stephanie Silvis and Defendant Bath Concepts Industries, LLC submit this Joint Status Report and Request to Amend Discovery Plan pursuant to this Court's June 30, 2026 Order (Dkt. 42) as follows:

1.      On June 30, 2026, the Court granted the Parties' prior stipulated request to extend the Phase I fact discovery deadline from July 14, 2026, to August 13, 2026, and the Phase I dispositive motion deadline from August 11, 2026, to September 10, 2026.

2.      The Parties jointly request that the Court further extend the Phase I fact discovery deadline by sixty (60) days, to October 12, 2026, and the Phase I dispositive motion deadline by sixty (60) days, to November 9, 2026. As set forth below, the requested extensions are necessary to permit completion of the remaining Phase I discovery and to allow the Parties sufficient time to prepare any Phase I dispositive motions after that discovery is completed.

3.      Since the Court's June 30, 2026 Order, developments in third-party discovery have required modification of the remaining deposition schedule. Plaintiff subpoenaed non-party Exact Customer, Inc., and Exact Customer recently identified an additional entity, Suited Connector,

1

LLC, as a publisher involved in the lead at issue. As a result, Plaintiff continued the deposition of Exact Customer in order to first subpoena and depose Suited Connector, LLC. Suited Connector, LLC is scheduled to be deposed on August 13, 2026.

4.     Defendant previously requested that its Rule 30(b)(6) deposition occur after the depositions of Exact Customer and any related third parties. In light of the additional third-party discovery, Defendant requested that its Rule 30(b)(6) deposition remain scheduled after the depositions of Suited Connector, LLC and Exact Customer. Plaintiff agreed.

5.     Because the remaining third-party depositions and Defendant's Rule 30(b)(6) deposition are now expected to occur in mid-August or later, the current September 10, 2026 dispositive motion deadline would leave the Parties only a short period to obtain deposition transcripts and prepare any Phase I dispositive motions. Accordingly, the Parties conferred and agreed that a sixty-day extension of the remaining Phase I deadlines is appropriate.

6.     The requested extensions are sought to permit completion of the remaining Phase I discovery and allow adequate time to prepare any Phase I dispositive motions following that discovery. The request is not made for purposes of delay, and the Parties do not seek any other modification of the Court's scheduling order.

*[Counsel signatures to follow on next page.]*

RESPECTFULLY SUBMITTED this 3rd day of August, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C**.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the Proposed Class*

*/s/ Ashni B. Gandhi*
Joseph L. Olson
Ashni B. Gandhi
**MICHAEL BEST & FRIEDRICH LLP**
444 W. Lake Street, Suite 3200
Chicago, IL 60606
P: 312.222-0800
F: 312-222-0818
jlolson@michaelbest.com
ashni.gandhi@michaelbest.com

*Counsel for Defendant*
*Bath Concepts Industries, LLC*

3

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on August 3, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 3rd day of August, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

4