## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Stephanie Silvis

                        Plaintiff,

v.

                                      Case No.: 1:25–cv–13006
                                      Honorable Edmond E. Chang

Bath Concepts Industries, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2026:

       MINUTE entry before the Honorable M. David Weisman: In the joint status report [44], the parties request a sixty–day extension of the Phase I fact discovery deadline to 10/13/26 and the Phase I dispositive motion deadline to 11/9/26 to accommodate unanticipated third–party discovery. The Court grants this request and adopts these dates but is unlikely to extend them further absent extraordinary circumstances. The 8/5/26 status hearing is stricken. The Court sets a status hearing for 9/10/26 at 9:15 a.m. with a joint status report filed by noon on 9/4/26. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.