UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEPHANIE SILVIS**, *on behalf of herself and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**BATH CONCEPTS INDUSTRIES, LLC**,<br><br>Defendant. | No.: 1:25-cv-13006-EEC<br><br>Honorable Judge Edmond E. Chang<br><br>Magistrate Judge David Weisman |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PHASE I DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Plaintiff Stephanie Silvis respectfully moves, pursuant to Federal Rule of Civil Procedure 16(b)(4), for a sixty-day extension of the current Phase I fact-discovery and dispositive-motion deadlines. Plaintiff recognizes that, when the Court last extended these deadlines, it advised that further extensions were unlikely absent extraordinary circumstances. ECF No. 45. Those circumstances have arisen because the third-party discovery that necessitated the prior extension has continued to develop in ways outside the parties' control and remains necessary to complete the limited Phase I discovery authorized by the Court. In support, Plaintiff states as follows:

1. On May 8, 2026, the Court limited the present phase of discovery to the issue of whether Plaintiff consented to the communications at issue. ECF No. 38.

2. The Court subsequently established a Phase I discovery schedule, which has been extended as the parties have pursued discovery concerning the purported consent relied upon by Defendant.

3. Most recently, on August 4, 2026, the Court granted the parties' joint request for a sixty-day extension to accommodate "unanticipated third-party discovery," extending the Phase I

fact-discovery deadline to October 13, 2026 and the Phase I dispositive-motion deadline to November 9, 2026. ECF No. 45.

4. The need for that third-party discovery arose because Defendant's purported consent evidence traces through entities other than Defendant. Plaintiff therefore subpoenaed and noticed the deposition of Exact Customer, a third-party possessing information concerning the alleged lead and consent transaction.

5. During that process, Exact Customer identified an additional entity, Suited Connector, LLC, as a publisher involved in the lead at issue. That disclosure required Plaintiff to continue Exact Customer's deposition and pursue previously unanticipated discovery directly from Suited Connector.

6. Plaintiff promptly issued third-party discovery to Suited Connector, including a subpoena seeking documents and testimony bearing directly on the alleged consent transaction. Plaintiff has also continued communicating regarding the scope and scheduling of that discovery.

7. Suited Connector was identified by Exact Customer as an entity involved in the very lead upon which Defendant relies to establish Plaintiff's alleged consent. Its records and testimony therefore bear directly on the creation, transmission, and reliability of Defendant's purported consent evidence.

8. Despite Plaintiff's diligence, the Suited Connector discovery has not yet been completed. Plaintiff has repeatedly attempted to obtain Suited Connector's participation, has obtained a limited production from them and has issued a second subpoena.

9. The outstanding third-party discovery has also affected the sequencing of the remaining depositions. The parties previously agreed that Defendant's Rule 30(b)(6) deposition

should occur after the depositions of Exact Customer and Suited Connector so that the parties could examine Defendant with the benefit of the underlying third-party evidence.

10. The parties likewise recognized that sufficient time would be required following those depositions to obtain transcripts, conduct any necessary follow-up discovery, and prepare Phase I dispositive motions on a complete factual record.

11. These circumstances are materially different from an ordinary request for additional discovery time. The remaining discovery concerns an additional third party identified only through discovery, relates directly to the dispositive issue selected by the Court for Phase I, and depends substantially upon the cooperation and availability of a non-party.

12. Plaintiff therefore respectfully submits that good cause, as well as the extraordinary circumstances contemplated by the Court's August 4, 2026 Order, exist for a limited additional extension.

13. Plaintiff requests that the Court extend the Phase I fact-discovery deadline from October 13, 2026 to December 14, 2026, and the Phase I dispositive-motion deadline from November 9, 2026 to January 8, 2027.

14. The requested extension will permit the parties to complete the outstanding third-party discovery, conduct the remaining depositions in the sequence the parties previously agreed was appropriate, address any narrowly tailored follow-up discovery arising from those depositions, and present any Phase I dispositive motions on a complete factual record.

15. This request is made in good faith and not for purposes of delay.

16. Defendant does not oppose the relief requested herein.

WHEREFORE, Plaintiff Stephanie Silvis respectfully requests that the Court extend the Phase I fact-discovery deadline through December 14, 2026 and the Phase I dispositive-motion deadline through January 8, 2027, and grant such other relief as the Court deems appropriate.

Dated: September 1, 2026

Respectfully submitted,

By: */s/ Carly M. Roman*

Carly M. Roman
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C**.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on September 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 1st day of September, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*

Carly M. Roman
croman@straussborrelli.com
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109