**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STEPHANIE SILVIS, *on behalf of herself and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>BATH CONCEPTS INDUSTRIES, LLC,<br><br>Defendant. | No.: 1:25-cv-13006-EEC<br><br>Honorable Judge Edmond E. Chang<br><br>Honorable M. David Weisman |

**JOINT STATUS REPORT**

Plaintiff Stephanie Silvis and Defendant Bath Concepts Industries, LLC submit this Joint Status Report and Request to Amend Discovery Plan pursuant to this Court's August 4, 2026 Order (Dkt. 45) as follows:

1. On August 4, 2026, the Court granted the Parties' request for a further sixty-day extension to accommodate "unanticipated third-party discovery," extending the Phase I fact-discovery deadline to October 13, 2026, and the Phase I dispositive-motion deadline to November 9, 2026. Dkt. 45. The Court advised that it was unlikely to extend those deadlines further absent extraordinary circumstances. *Id.*

2. The third-party discovery that necessitated the prior extension has continued to develop in ways outside the Parties' control and remains necessary to complete the limited Phase I discovery authorized by the Court. Defendant's purported consent evidence traces through entities other than Defendant. Accordingly, Plaintiff subpoenaed and noticed the deposition of Exact Customer, Inc., a third-party possessing information concerning the lead and consent transaction at issue.

3. During that discovery, Exact Customer identified an additional entity, Suited Connector, LLC, as a publisher involved in the lead at issue. Plaintiff continued Exact Customer's deposition and promptly issued third-party discovery to Suited Connector seeking documents and testimony bearing directly on the alleged consent transaction.

4. Plaintiff has continued communicating with Suited Connector regarding the scope of discovery and the scheduling of its deposition. On September 1, 2026, Plaintiff finally obtained a limited production from Suited Connector, but the discovery has not been completed. Plaintiff is also still working to obtain deposition dates for Suited Connector.

5. In light of this development, Plaintiff filed an unopposed Motion to Extend Phase I Discovery and Dispositive Motion Deadlines on September 1, 2026. Dkt. 47. Plaintiff's motion requests that the Phase I fact-discovery deadline be extended from October 13, 2026, to December 14, 2026, and that the Phase I dispositive-motion deadline be extended from November 9, 2026, to January 8, 2027. Dkt. 47.

6. Defendant previously requested that its Rule 30(b)(6) deposition occur after the depositions of Exact Customer and any related third parties, including the deposition of Suited Connector, LLC and Exact Customer. Plaintiff originally agreed to this sequence.

7. However, Plaintiff believes that Defendant's requested sequencing may no longer be workable within the current discovery period. On August 28, 2026, Plaintiff requested that Defendant provide dates for its Rule 30(b)(6) deposition, so that Defendant's deposition could take place before the discovery deadline of October 13, 2026 (to the extent Plaintiff's Unopposed Motion for an Extension is not granted).

8. As of the filing of this Joint Status Report, Defendant has not provided deposition dates.

DATED this 4th day of September, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610 Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*/s/ Anthony I. Paronich*
Anthony Paronich
**PARONICH LAW, P.C**.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the Proposed Class*

*/s/ Ashni B. Gandhi*
Joseph L. Olson
Ashni B. Gandhi
**MICHAEL BEST & FRIEDRICH LLP**
444 W. Lake Street, Suite 3200
Chicago, IL 60606
P: 312.222-0800
F: 312-222-0818
jlolson@michaelbest.com
ashni.gandhi@michaelbest.com

*Counsel for Defendant BCI*