**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Stephanie Silvis

Plaintiff,

v.

Case No.: 1:25−cv−13006
Honorable Edmond E. Chang

Bath Concepts Industries, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 10, 2026:

MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. The Court grants the agreed motion to extend discovery [47]. Phase I fact discovery ends 12/14/26. There will be no further extensions absent extraordinary circumstances. Any motion related to Suited Connector must be filed by 10/2/26. The Court sets a status hearing 10/13/26 at 1:30 p.m. A joint status report addressing the status of third−party discovery and containing a firm deposition schedule shall be filed by COB 10/9/26. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.