**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**AT CHICAGO**

| | |
|---|---|
| STEPHANIE SILVIS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BATH CONCEPTS INDUSTRIES, LLC,<br><br>Defendant. | No.: 1:25-cv-13006<br><br>Honorable Judge Edmond E. Chang<br><br>Honorable M. David Weisman |

## JOINT NOTICE OF SETTLEMENT

HERE COMES NOW Plaintiff, Stephanie Silvis, and Defendant Bath Concepts Industries, LLC ("the Parties"), by and through their undersigned counsel, and hereby notifies the Court that they have reached an agreement in principle on the material terms of an individual settlement in this matter.

Dated: October 9, 2026

*/s/ Carly M. Roman*
Carly M. Roman
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue - Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com
sam@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street - Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff Stephanie Silvis*

Dated: October 9, 2026

*/s/ Ashni Gandhi*
Ashni Gandhi
**MICHAEL BEST & FRIEDRICH LLP**
444 W Lake Street - Suite 3200
Chicago, IL 60614
[t] 847-987-9850
ashni.gandhi@michaelbest.com

*Counsel for Defendant*
*Bath Concepts Industries LLC*

**CERTIFICATE OF SERVICE**

I, Carly M. Roman, hereby certify that on October 9, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 9th day of October, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue - Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com