**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Stephanie Silvis
Plaintiff,
v.
Bath Concepts Industries, LLC
Defendant.

Case No.: 1:25−cv−13006
Honorable Edmond E. Chang

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable M. David Weisman: The parties have filed a notice of settlement [51]. Accordingly, the Court strikes the 10/13/26 status hearing and sets a status hearing for 12/16/26 at 9:15 a.m. with a joint status report filed by noon on 12/11/26. If a stipulation to dismiss is filed before that date, the Court will strike the status hearing and terminate the referral. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.